AO 10
Rev. 1/2010

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Legg, Benson E. | United States District Court, Maryland | 05/04/2010 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge (Active) | ☐ Nomination, Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2009 <br> to <br> 12/31/2009 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 101 W. Lombard Street <br> Suite 7A <br> Baltimore, Maryland 21201 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. UTMA Trustee | Custodial Accounts at Legg Mason |
| 2. UTMA Trustee | Custodial Accounts at T.Rowe Price |
| 3. UTMA Trustee | Custodial Accounts at Morgan Stanley Smith Barney |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2010 JUN 22 A 9: 03 JUDICIAL DISCLOSURE OFFICE

Legg, Benson E.

| Name of Person Reporting | Date of Report |
|---|---|
| Legg, Benson E. | 05/04/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2009 | Legg Mason Inc (CEO of Legg Mason Capital Mannagement) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Legg, Benson E. | 05/04/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Chase | Revolving credit card | K |
| 2. Bank of America | Revolving credit card | J |
| 3. American Express | Revolving credit card | J |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Legg, Benson E. | 05/04/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. T.Rowe Price New Horizons, UTMA #1 | A | Dividend | K | T | Buy (add'l) | 12/15/09 | J | | |
| 2. T.Rowe Price New Horizons, UTMA #2 | A | Dividend | K | T | Buy (add'l) | 12/15/09 | J | | |
| 3. Morgan Stanley Smith Barney (Bank Deposit) IRA #1 Y | | | | | | | | | |
| 4. Morgan Stanley Smith Barney (LMNSX) -IRA #1 | A | Dividend | J | T | Buy | 3/30/09 | J | | |
| 5. | | | | | Buy (add'l) | 12/10/09 | J | | |
| 6. Morgan Stanley Smith Barney (LMNVX) -IRA #1 | C | Dividend | N | T | Buy (add'l) | 12/10/09 | J | | |
| 7. Morgan Stanley Smith Barney (LMNOX) - IRA #1 | | None | N | T | | | | | |
| 8. Morgan Stanley Smith Barney (Amazon.com) -IRA #2 | | None | M | T | | | | | |
| 9. Morgan Stanley Smith Barney (Bk Dep) IRA #2 Dreyfus MM | A | Interest | J | T | | | | | |
| 10. Morgan Stanley Smith Barney (LMNVX) -IRA #2 | B | Dividend | M | T | Buy (add'l) | 12/10/09 | J | | |
| 11. Morgan Stanley Smith Barney (LMNOX) - IRA #2 | | None | O | T | | | | | |
| 12. Morgan Stanley Smith Barney (LMNSX) -IRA #2 | A | Dividend | J | T | Buy | 3/27/09 | J | | |
| 13. | | | | | Buy (add'l) | 12/10/09 | J | | |
| 14. Morgan Stanley Smith Barney (LMNVX) IND #2 | B | Dividend | M | T | Buy | 12/10/09 | J | | |
| 15. Morgan Stanley Smith Barney (LMNOX) -IND #2 | | None | N | T | | | | | |
| 16. Morgan Stanley Smith Barney (LMNSX) -IND #2 | A | Dividend | L | T | Buy (add'l) | 12/10/09 | J | | |
| 17. Morgan Stanley Smith Barney (Amazon) -IND #2 | | None | L | T | Donated (part) | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Legg, Benson E. | 05/04/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Morgan Stanley Smith Barney (Cell Genesys) -IND #2 | | None | | | Merged (with line 19) | 10/14/09 | J | | |
| 19. MorganStanley Smith Barney(Biosante Pharm) IND #2 X | | None | J | T | | | | | |
| 20. Morgan Stanley Smith Barney (Qualcomm) -IND #2 | A | Dividend | K | T | | | | | |
| 21. Morgan Stanley Smith Barney (Legg Mason Inc)-IND #2 | E | Dividend | P1 | T | Donated (part) | | | | |
| 22. Morgan Stanley Smith Barney (Bank Deposit) IND #2 | A | Interest | K | T | | | | | |
| 23. Deutsche Bank Options (Legg Mason) #2 Y | | | | | | | | | |
| 24. Legg Mason 401K (Special Investment) | A | Dividend | K | T | Buy (add'l) | 12/10/09 | J | | |
| 25. Legg Mason 401K (Value/Inst) | C | Dividend | N | T | Buy (add'l) | 06/01/09 | K | | |
| 26. | | | | | Buy (add'l) | 12/10/09 | J | | |
| 27. Legg Mason Phantom Stock Plan | B | Dividend | M | T | Buy (add'l) | 10/05/09 | K | | |
| 28. River Hotel, Baltimore, MD | D | Interest | J | T | | | | | |
| 29. Pioneer Natural Resources | A | Dividend | J | T | | | | | |
| 30. HCW Drilling Partnership Units 1980-1, Unpriced Security | | None | J | W | | | | | |
| 31. HCW Drilling Partnerships Units 1979-1, Unpriced Security | | None | J | W | | | | | |
| 32. Koger Partnership, LTD | | None | J | W | | | | | |
| 33. Legg Mason ESPP (The Bank of NY Mellon) | B | Dividend | M | T | Buy (add'l) | 06/01/09 | J | | |
| 34. | | | | | Buy (add'l) | 06/01/09 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Legg, Benson E. | 05/04/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Legg Mason Inst Funds #1 (Value Trust), UTMA #1 | A | Dividend | K | T | Buy (add'l) | 12/10/09 | J | | |
| 36. Legg Mason Inst Funds #1 (Oppr Trust), UTMA #1 | | None | M | T | | | | | |
| 37. Morgan Stanley Smith Barney UTMA #1 Y | | | | | | | | | |
| 38. Morgan Stanley Smith Barney UTMA #2 Y | | | | | | | | | |
| 39. Morgan Stanley Smith Barney GRAT(Legg Mason) Y | | | | | | | | | |
| 40. Morgan Stanley Smith Barney GRAT, (Bank Deposit) Y | B | Dividend | | | Closed | 02/12/09 | J | | |
| 41. Legg Mason Inst Funds #2 (Value Trust), UTMA #2 | A | Dividend | K | T | Buy (add'l) | 12/10/09 | J | | |
| 42. Legg Mason Inst Funds #2 (Oppr Trust), UTMA #2 | | None | M | T | | | | | |
| 43. Legg Mason Capital Management Research Fund | A | Int./Div. | K | U | | | | | |
| 44. LMCM Income Opp Fund | B | Int./Div. | K | U | Buy | 3/30/09 | K | | |
| 45. LMCM Small Cap Fund LLC | A | Int./Div. | K | U | Buy | 6/30/09 | K | | |
| 46. LMCM Systematic Value Fund LLC | A | Int./Div. | K | U | Buy | 6/30/09 | K | | |
| 47. Morgan Stanley Smith Barney (LMOPX)-IRA #3 | | None | J | T | | | | | |
| 48. Morgan Stanley Smith Barney (LMASX) IRA #3 | | None | J | T | Buy | 4/17/09 | J | | |
| 49. Morgan Stanley Smith Barney (LMASX) IRA #4 | | None | J | T | Buy | 04/20/09 | J | | |
| 50. Morgan Stanley Smith Barney (Bank Deposit) | A | Interest | O | T | | | | | |
| 51. Morgan Stanley Smith Barney (CD) Y | D | Interest | | | Closed | 12/02/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) ; | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Legg, Benson E. | 05/04/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Rental Property - Baltimore City, MD X | F | Rent | P1 | S | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Legg, Benson E. | 05/04/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VIII. Investments and Trusts:

Smith Barney changed their name from Smith Barney to Morgan Stanley Smith Barney in 2009.

Morgan Stanley Smith Barney (Bank Deposit) IRA #1 Y (item 3) - Previously closed 2008.

Morgan Stanley Smith Barney (Cell Genesys) - IND #2 (item 18) Cell Genesys was acquired through an all stock merger by Biosante Pharmaceuticals in 2009 (item 19).
The Biosante Pharmaceuticals shares were received in exchange for the Cell Genesys shares (item 18). (item 18) will no longer be included in future reports.

Deutsche Bank Options (Legg Mason) #2 Y (item 23) - Previously closed 2008.

Morgan Stanley Smith Barney UTMA #1 Y (item 37) - Previously closed and were erroneously reported in 2008.

Morgan Stanley Smith Barney UTMA #2 Y (item 38) - Previosly closed and were erroneously reported in 2008.

Morgan Stanley Smith Barney GRAT (Legg Mason) Y (item 39) - Previously closed 2008

Morgan Stanley Smith Barney GRAT. (Bank Deposit) Y (item 40) was closed in 2009 and funds were transferred into Morgan Stanley Smith Barney (Bank Deposit) IND #2 (item 22).
(item 40) will no longer be included in future reports.

LMCM Income Opp Fund (item 44) is a newly established account.

LMCM Small Cap Fund LLC (item 45) is a newly established account.

LMCM Systematic Value Fund LLC (item 46) is a newly established account.

Morgan Stanley Smith Barney (LMASX) IRA #4 (item 49) is a newly established account.

Morgan Stanley Smith Barney (CD) Y - (item 51) was closed in 2009, CD's matured in 2009 and funds were deposited into Morgan Stanley Smith Barney (Bank Deposit) (item 50).
Morgan Stanley Smith Barney (CD) Y - (item 51) will no longer be included in future reports.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signa

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544